DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANK CRIMI**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3221

[January 25, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 02-18284CF10A.

Frank Crimi, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***